Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds – Multi-Services
1620 South Loop Road
Alameda, CA 94502
Telephone: 510-748-7474

Attorneys for Plaintiffs

Eric J. Phillips, Esq. (SBN: 178789)
Carol K. Watson, Esq. (SBN: 130181)
BELL, ROSENBERG & HUGHES LLP
1300 Clay Street, Suite 1000
Oakland, CA 94612-0220
Telephone: 510-832-8585

Attorneys for Defendant Travelers
Casualty and Surety Company

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROSTHWAITE and JOHN BONILLA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>TRETHEWAY, INC., et al.,<br><br>Defendants. | Case No. C-06-05286 MMC<br><br>STIPULATION RE EXTENSION OF TIME FOR TRAVELERS CASUALTY AND SURETY COMPANY TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER THEREON |

Plaintiffs and Defendant Travelers Casualty and Surety Company of America ("Travelers"), by and through their attorneys, hereby stipulate that the time for Travelers to answer, move, plead or otherwise respond to the Plaintiff's First Amended Complaint currently due October 30, 2006, should be extended to November 30, 2006.

The reason for this request is that Plaintiff and Travelers are working toward a resolution and dismissal of the action against Travelers.

//

//

LAW OFFICES
BELL, ROSENBERG
& HUGHES LLP
1300 CLAY STREET
SUITE 1000
OAKLAND, CA 94612
(510) 832-8585

-1-
STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER THEREON
[1102.370/stip re ext]

| | | |
|---|---|---|
| 1 | Dated: ~~October~~ November __1__, 2006 | OPERATING ENGINEERS LOCAL UNION NO. 3 |
| 2 | | TRUST FUNDS – MULTI-SERVICES |
| 4 | | By _____/s/ Tracy L. Mainguy_____ |
| 5 | | Tracy L. Mainguy, Attorney for Plaintiffs |
| 7 | Dated: October __31__, 2006 | BELL, ROSENBERG & HUGHES LLP |
| 9 | | By _____/s/ Carol K. Watson_____ |
| 10 | | Carol K. Watson, Attorneys for |
| 11 | | Defendant Travelers Casualty and Surety Company |

### ORDER

Good cause being shown, IT IS HEREBY ORDERED THAT the time for Travelers Casualty and Surety Company to respond to Plaintiff's First Amended Complaint shall be extended to November 30, 2006.

Dated: November __2__, 2006        _____/s/ Maxine M. Chesney_____
                                    UNITED STATES DISTRICT JUDGE

LAW OFFICES
BELL, ROSENBERG
& HUGHES LLP
1000 CLAY STREET
SUITE 1000
OAKLAND, CA 94612
(510) 832-8585

-2-
STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ORDER THEREON
[1102.370/stip re ext]