Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

| | |
|---|---|
| GIL CROSTHWAITE and JOHN BONILLA, ) <br> in their respective capacities as Trustees of the ) <br> OPERATING ENGINEERS HEALTH AND ) <br> WELFARE TRUST FUND FOR ) <br> NORTHERN CALIFORNIA; PENSION ) <br> TRUST FUND FOR OPERATING ) <br> ENGINEERS; PENSIONED OPERATING ) <br> ENGINEERS HEALTH AND WELFARE ) <br> FUND; OPERATING ENGINEERS ) <br> ANNUITY TRUST FUND; OPERATING ) <br> ENGINEERS AND PARTICIPATING ) <br> EMPLOYERS PRE-APPRENTICESHIP; ) <br> APPRENTICE AND JOURNEYMAN ) <br> AFFIRMATIVE ACTION TRAINING ) <br> FUND; OPERATING ENGINEERS ) <br> VACATION AND HOLIDAY PLAN; ) <br> CONTRACT ADMINISTRATION FUND; ) <br> OPERATING ENGINEERS MARKET ) <br> PRESERVATION FUND; OPERATING ) <br> ENGINEERS INDUSTRY STABILIZATION ) <br> TRUST FUND; BUSINESS ) <br> DEVELOPMENT TRUST FUND; and ) <br> HEAVY AND HIGHWAY COMMITTEE, ) <br> ) <br>      Plaintiffs, ) <br>    vs. ) <br> ) <br> TRETHEWAY, INC.; TRACY GLEN ) <br> PHILLIPS; AMERICAN CONTRACTORS ) <br> INDEMNITY COMPANY; TRAVELERS ) <br> CASUALTY AND SURETY COMPANY OF ) <br> AMERICA, ) <br> ) <br>      Defendants. ) | Case No.: C 06-05286 MMC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AMERICAN CONTRACTORS INDEMNITY COMPANY AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; ORDER THEREON** |

NOTICE OF VOLUNTARY DISMISSAL; ORDER THEREON;
Case No. C 06-05286 MMC

- 1

1    NOTICE IS HEREBY GIVEN THAT PURSUANT to Federal Rule of Civil Procedure

2 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice as to

3 Defendants AMERICAN CONTRACTORS INDEMNITY COMPANY and TRAVELERS

4 CASUALTY AND SURETY COMPANY OF AMERICA only, and request the Court to enter

5 an order in conformity with their voluntary dismissal of the matter.  To date, Defendants

6 AMERICAN CONTRACTORS INDEMNITY COMPANY and TRAVELERS CASUALTY

7 AND SURETY COMPANY OF AMERICA were served with the complaint and summons

8 relating to this matter, but have not answered.

9

10 Dated this 17th day of November of 2006.

OPERATING ENGINEERS LOCAL UNION
NO. 3 TRUST FUNDS – MULTI-SERVICES

By: _____/s_____
TRACY L.MAINGUY
ATTORNEY FOR PLAINTIFFS

### ORDER

    Based upon the above and pursuant to Federal Rule Of Civil Procedure 41(a), this matter

is dismissed without prejudice as to Defendants AMERICAN CONTRACTORS INDEMNITY

COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA only.

Dated:  November 20, 2006

_____
MAXINE M. CHESNEY
HON. UNITED STATES DISTRICT JUDGE