Muriel B. Kaplan, Bar No. 124607
Satltzman & Johnson
120 Howard St. Suite 520
San Francisco, CA 94105
(415) 882-7900 Fax (415) 882-9287

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Gil Croshtwaite, et al.

v.

Plaintiff(s)

Trethway, Inc.; Tracy Glen Phillips;
American Contractors Indemnity Co.;
Travelers Casualty and Surety Co.of America
Defendant(s)

CASE NUMBER:

C06-05286 MMC

ORDER APPROVING

**SUBSTITUTION OF ATTORNEY**

Gil Crosthwaite _____ [X] Plaintiff [ ] Defendant [ ] Other _____
*Name of Party*

hereby substitutes Muriel B. Kaplan, SBN 124607 _____ who is

[X] Retained Counsel [ ] Court Appointed Counsel [ ] Pro Per  120 Howard St. Suite 520
*Street Address*

San Francisco, CA 94105          (415) 882-7900   (415) 882-9287   124607
*City, State, Zip Code*           *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of Tracy L. Mainguy _____
*Present Attorney*

Dated: 5 - 29 - 07 _____          *Wayne McBride* (signature)
                                        *Signature of Party*
                                    Wayne McBride

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 5/25/07 _____           *(signature)*
                                        *Signature of Present Attorney*
                                    Tracy L. Mainguy

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 6/26/07 _____           *(signature)*
                                        *Signature of New Attorney*
                                    Muriel B. Kaplan

Substitution of Attorney is hereby [X] Approved. [ ] Denied.

Dated: June 29, 2007 _____     *(signature)*
                                    United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.caed.uscourts.gov.*

### SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                              G01